```
                                                  U.S. DISTRICT COURT
                                                  DISTRICT OF VERMONT
                                                         FILED
```

UNITED STATES DISTRICT COURT 2025 FEB -3 PM 4: 07
FOR THE DISTRICT OF VERMONT

CLERK

BY _____

DEPUTY CLERK

| | |
|---|---|
| KATHERINE SLOCUM and ) | |
| MATTHEW SLOCUM, ) | CASE NO.: 2:23-cv-00010-gwc |
|    Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| UNFI TRANSPORT, LLC, ) | |
| a Delaware Limited-Liability Company, ) | |
| UNITED NATURAL FOODS, INC., ) | |
| a Delaware Corporation, and ) | |
| DARREN A. ANGUS, ) | |
|    Defendants. ) | |

### ORDER ENLARGING REMAINING LITIGATION DEADLINES

This matter, having come before the Court on the parties stipulated motion to enlarge remaining litigation deadlines, and good cause shown:

**IT IS ORDERED** that the stipulated motion is granted; and

**IT IS FURTHER ORDERED** that the remaining deadlines are enlarged as follows:

    6.    The parties shall serve all interrogatories and requests for production on or before April 4, 2025. Supplemental discovery requests shall be permitted within thirty (30) days following the completed deposition of any party witness.

    7.    Depositions of all non-expert witnesses shall be completed by February 28, 2025.

    8.    Plaintiff shall submit expert witness reports on or before February 15, 2025. Depositions of plaintiff's expert witnesses shall be completed by April 18, 2025.

    9.    Defendant shall submit expert witness reports on or before February 28, 2025. Depositions of defendants' expert witnesses shall be completed by April 30, 2025.

    10.    The Early Neutral Evaluation session shall be conducted on June 5, 2025. The parties have agreed that William A. Mulvey, Jr. will serve as the early neutral evaluator.

11. The parties shall serve all requests for admission on or before April 30, 2025.

12. All discovery shall be completed by June 13, 2025.

13. Motions, including summary judgment motions but excluding motions relating to the conduct of the trial, shall be filed on or before June 30, 2025

14. This case shall be ready for trial by July 31, 2025.

**APPROVED and SO ORDERED:**

| | |
|---|---|
| _3 February 2025_ | _/s/ Geoffrey W. Crawford_ |
| Date | District Judge, U.S. District Court |